IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN HARNER,<br>        Plaintiff,<br><br>        v.<br><br>GRAPHIC PACKAGING INTERNATIONAL, INC.,<br>        Defendant. | :<br>:<br>:<br>:   Civil No. 2:19-cv-05031-JMG<br>:<br>:<br>:<br>: |

**ORDER**

**AND NOW,** this 16th day of April, 2021, after careful consideration of Defendant Graphic Packaging International, Inc.'s ("Graphic Packaging") Motion for Summary Judgment (ECF No. 22), Plaintiff Steven Harner's Opposition to the Motion for Summary Judgment (ECF Nos. 25–26), Graphic Packaging's Reply in Support of the Motion for Summary Judgment (ECF No. 29), and any exhibits attached thereto, it is hereby **ORDERED** as follows:

1. Graphic Packaging's Motion for Summary Judgment (ECF No. 22) is **GRANTED**.

2. Judgment is **ENTERED** in favor of Defendant Graphic Packaging and against Plaintiff Steven Harner.

3. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge